131 F.3d 580w
 Richard C. BECHERER, et al., individually and on behalf of
all others similarly situated, Plaintiffs,
J. Don Adams; Kay A. Arceneaux, as Executrix for the Donald
J. Arceneaux, Sr. Estate; Edward R. Bassine; Anne T.
Bassine; Thomas H. Blundell; Jan L. Blundell; James A.
Campbell; Darrell R. Caudill; William A. Cherry;
Catherine Crebbs, as General Partner of CCT & Co. as
administratrix of Estate of Robert W. Crebbs; Michael S.
Dwyer; Dick Dykes; L. Joe Edmonson; Francis C. Elkin;
Richard G. Fadal; Lee Feinberg; Madeline Feinberg; Alan
S. Fogg; Jean M. Fogg; Mary Lou Frazier; Rudolph M.
Gaedke, Independent Administrator for the Estate of Mary
Gaedke; Francisco M. Gonzalez; Terry W. Grenat; Edith A.
Grenat; Mr. & Mrs. Hem C. Gupta; Paul D. Hansen; Judith
A. Hansen; Keith Harvie; Betty Lee Harvie; Robert Hawley;
Robin Dale Hawley; Charles L. Henritzy; Georgiann
Henritzy; Curtis B. Herbert, Jr.; Weldon Hiddleston;
Dorothy M. Hiddleston; Hurrelbring Advertising, Inc.;
Bobby G. Lamb; Hazeltine Lamb; D. Rod; Ann H. Lee; Law
Offices of Pat Maloney, P.C.; Dan E. Martens; Susan J.
Martens; Phillip W. McCollum; Marjorie K. McCollum; Earl
McGavran; Edith E. McGavran; Alice S. McTurk; Kyriakos
Michaelides; Margaret Michaelides; Donald R. Mitchell;
Fred Morgan; Christine Motler, as Executrix for the Estate
of Jay Motler; Harold Mueller; Claude Nabers; Leon
Neiman; Judith A. Neiman; Daniel N. Payton, III; Jane H.
Payton; Jean A. Pitts; Gary L. Platner; Alvin L.
Prichard, Jr.; Marilyn M. David, formerly known as Marilyn
M. Prichard; Suraj P.Sancheti; Lee Maria; Lula Santa
Maria; Mabel Schenk, as Executrix for the Estate of Samuel
Schenk; Arch H. Schrom; Shirley A. Schrom; Thomas Q.
Schultz; Ruth R. Schultz; Robert Stern; Roxanne Stern;
Gordon G. Stillwell; Therral Story; Kathy Story;
Wellington K. Stretton; Mary Ann Kozlowski; Joshua M.
Tharp, Jr.; Mary Sue Tharp; Ronalt T. Ullenberg; Sheila
Ann Ullenberg; Robert J. Wilder; Butz S. Wilder; Paul A.
Williams; Stephen F. Wood, Intervenors-Appellants,
v.
MERRILL LYNCH, PIERCE, FENNER AND SMITH, INC.; Can-American
Corporation; Can-American Realty Corporation; Shelter
Seagate Corp.; Garrett G. Carlson; Graham C. Count; Arni
Thorsteinson; Martin Cicco; Laventhol & Horwath; M.A.
Mortenson Co.; Winsor/Faricy Architects, Inc.; Trustbank
Mortgage Center, Incorporated; Midwest Title Guarantee
Company of Florida; Frank Lavin, Defendants-Appellees.
 No. 96-1673.
 United States Court of Appeals,
Sixth Circuit.
 Argued June 4, 1997.
Decided Dec. 3, 1997.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION